YOUNG, Respondent, v. KINGSBURY, Appellant.

*(Supreme Court, General Term, Second Department. December 14, 1891.)*

Appeal from circuit court, Westchester county.

Action by Mary L. Young against Joseph A. Kingsbury to recover the balance of the purchase price of a promissory note.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*Joseph F. Daly*, for appellant.    *Allen Taylor*, for respondent.

PRATT, J. The judge's charge correctly set forth the law, and the verdict of the jury is supported by the evidence. The defect in the satisfaction piece was waived, and defendant's liability attached. Judgment affirmed, with costs.

---

*In re* NEWTON, Commissioner of Public Works.

*In re* ACADEMY OF THE SACRED HEART.

*(Supreme Court, General Term, Second Department. December 14, 1891.)*

Appeal from special term.

Proceedings for the appraisal of damages from the construction of the new aqueduct for the city of New York. The Academy of the Sacred Heart appeals from an order confirming the report of the commissioners of appraisal.

Argued before BARNARD, P. J., and DYKMAN and PRATT, JJ.

*James A. Deering*, for appellant.    *W. H. Clark*, Corp. Counsel, for appellee.

BARNARD, P. J. The commissioners have made a minute and careful report. They rejected the great item claims because the petition had conveyed the land taken to the city of New York. The commissioners had no power to set aside the deed, and there was no reason for so doing. There are several other items of consequential damages to land not taken; such as putting the excavated material temporarily on the petitioner's lands, and for use and occupation of petitioner's lands while the work was going on, and for depreciation in value of lots because the city improvement would make the cost, of removing excavation for cellars on petitioner's lots more, which would be included, and the lots so far diminished. For some of these claims the commissioners have made allowance, and for others they have made none. We find no reason to differ from the commissioners as to the sufficiency of the same, nor to the rejection of items which they have rejected. The case is, very voluminous, and the examination of the review of the evidence made by the commissioners is full and complete. The order should be affirmed, with costs.

DYKMAN, J., (*concurring.*) This is an appeal by the Academy of the Sacred Heart from an order of the special term confirming the report of commissioners appointed to appraise the damages resulting from the construction of the new aqueduct. The claim filed by the appellant was for $260,000, of which $195,000 was for land in Convent avenue, upon which eight pipes were laid for the transmission of water. It appeared that the land upon which Convent avenue was constructed belonged to the city, and therefore the claim for compensation therefor made by the appellant was disallowed. The remainder of the claim was divided into several branches, and the appellant was allowed $5,500. The record discloses no error, and a careful examination satisfies us that the allowances made are liberal. The commissioners have written a long and carefully prepared opinion, which fully justifies their action in every respect. The order should be affirmed, with $10 costs.